# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157755(23)

JAMES RATZA,
      Plaintiff-Appellant,

v

                               SC: 157755
                               COA: 342968

AJE, LLC, d/b/a KART 2 KART, LLC,
      Defendant-Appellee.
_____/
                               Macomb CC: 15-004231-NO

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on June 18, 2018, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2018              
                                            Clerk